1  LAW OFFICE OF IRENE KARBELASHVILI
   Irene Karbelashvili, State Bar Number 232223
2  Irakli Karbelashvili, State Bar Number 302971
3  12 South First Street, Suite 413
   San Jose, CA 95113
4
5  Attorneys for SHELBY GAIL HEIFETZ, Plaintiff

6  THE GARBER LAW FIRM
   Alan S. Garber, State Bar Number 098076
7  1999 Harrison Street, Suite 1350
   Oakland, CA 94612
8
9  Attorneys for CHEESTE STEAK SHOP, INC., Defendant

10 BUCHMAN PROVINE BROTHERS SMITH LLP
   Horace W. Green, State Bar Number 115699
11 Tonya Draeger Hubinger, State Bar Number 223047
   2033 N. Main Street Suite 720
12 Walnut Creek, CA 94596
13
   Attorneys for MMI PROPERTIES, LLC., Defendant
14

15                    **UNITED STATES DISTRICT COURT**
16
                      **NORTHERN DISTRICT OF CALIFORNIA**
17

18 
19 SHELBY GAIL HEIFETZ                ) **Case No.** 15-cv-05219-WHA
                                      )
20              Plaintiff,            ) *Civil Rights*
                                      )
21 vs.                                ) **STIPULATION & REQUEST BY**
                                      ) **THE PARTIES FOR AN ORDER**
22 CHEESE STEAK SHOP INC., a California) **MODIFYING GENERAL ORDER**
   corporation d/b/a CHEESE STEAK SHOP;) **56 TO CONTINUE THE**
23 MMI PROPERTIES, LLC, a California   ) **DEADLINE FOR JOINT**
   limited liability company ; and DOES 1-20) **INSPECTION TO**
24 inclusive,                           ) **ACCOMMODATE THE PARTIES**
                                       ) **AND THEIR COUNSEL; &**
25              Defendants.            ) **[PROPOSED] ORDER THEREON**
                                       )
26                                     )
                                       ) Action filed: November 14, 2015
27 
28 

**Case No** 15-cv-05219-WHA
**STIPULATION & REQUEST BY THE PARTIES FOR AN ORDER MODIFYING GENERAL ORDER 56 TO
CONTINUE THE DEADLINE FOR JOINT INSPECTION TO ACCOMMODATE THE PARTIES AND THEIR
COUNSEL; & [PROPOSED] ORDER THEREON**
1

1    IT IS HEREBY STIPULATED by and between Plaintiff Shelby Gail Heifetz
2  ("Plaintiff") and Defendants Cheese Steak Shop, Inc., and MMI Properties, LLC
3  ("Defendants") that the deadline for a joint inspection be continued to, but no later than,
4  March 31, 2016.

5    Pursuant to General Order 56, Plaintiff served both Defendants within the required 63
6  day time period. On December 11, 2015 Defendant MMI Properites, LLC filed its answer to
7  Plaintiff's complaint. On February 1, 2016, Defendant Cheese Steak Shop, Inc. filed its
   answer to Plaintiff's complaint.

8    Plaintiff and Defendants are in the process of scheduling a joint inspection of the
9  premises. Unfortunately, it is unlikely that the parties will be able to conduct an inspection by
10 the February 29, 2016 deadline. [ECF Doc. No. 4].

11   To accommodate the parties and their respective counsel's schedules, the parties
12 request leave to extend the deadline for the joint inspection to no later than ~~March 31~~ March 15, 2016
13 and all subsequent deadlines of General Order 56 to be modified accordingly.

14   The parties are hopeful that the joint inspection will assist them in resolving the issue
   of injunctive relief.

17 Date: February 16, 2016        /s/ Alan S. Garber
18                                Alan S. Garber, Attorney for
                                  Defendant Cheese Steak Shop, Inc.

20 Date: February 16, 2016        /s/ Horace W. Green
21                                Horace W. Green, Attorney for
                                  Defendant MMI Properties, LLC.

23 Date: February 16, 2016        /s/ Irene Karbelashvili
24                                Irene Karbelashvili, Attorney for
                                  Plaintiff Shelby Gail Heifetz

**Case No** 15-cv-05219-WHA
**STIPULATION & REQUEST BY THE PARTIES FOR AN ORDER MODIFYING GENERAL ORDER 56 TO CONTINUE THE DEADLINE FOR JOINT INSPECTION TO ACCOMMODATE THE PARTIES AND THEIR COUNSEL; & [~~PROPOSED~~] ORDER THEREON**

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on February 16, 2016, I, Irene Karbelashvili, received the concurrence of counsel for Defendants in the filing of this document

By: */s/ Irene Karbelashvili*
    IRENE KARBELASHVILI

**[PROPOSED] ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:**

That the deadline for conducting the joint inspection under General Order 56 is modified so that the deadline is extended to no later than ~~March 31~~ March 15, 2016 and all subsequent deadlines of General Order 56 to be modified accordingly.

DATED:  February 22, 2016.                    _____
                                              William H. Alsup, United States District Judge