1  THE GARBER LAW FIRM
   ALAN S. GARBER (SBN 098076)
2  1999 Harrison Street, Suite 1350
   Oakland, California 94612
3  Telephone: 510.588.7550
   Facsimile: 510.588.7555
4  Attorneys for Defendant
   CHEESE STEAK SHOP, INC.
5

6  LAW OFFICE OF IRENE KARBELASHVILI

7  Irene Karbelashvili State Bar Number 232223

   Irakli Karbelashvili, State Bar Number 302971
8
   12 South First Street, Suite 413
9  San Jose, CA 95113

10 Attorneys for Plaintiff
   Shelby Gail Heifetz
11

12 BUCHMAN PROVINE BROTHERS SMITH
   LLP
13 Horace W. Green, State BarNumber115699
   Tonya Draeger Hubinger, State Bar Number 223047
14 2033 N. Main Street Suite 720
   Walnut Creek, CA 94596
15 Attorneys for MMI PROPERTIES, LLC., Defendant

16

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19

| 20 | SHELBY GAIL HEIFETZ | Case No. 3:15-CV-05219 WHA |
|---|---|---|
| 21 | Plaintiff, | |
| 22 | v. | **STIPULATION AND ~~REQUEST FOR AN~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TO ACCOMMODATE DEFENSE ATTORNEY** |
| 23 | CHEESE STEAK SHOP INC., a California Corporation d/b/a/ CHEESE STEAK SHOP; MMI PROPERTIES, LLC, a California limited liability company; and DOES 1-20 inclusive, | |
| 24 | | |
| 25 | | Trial Date:         None Set |
| | Defendants. | Complaint Filed:    November 14, 2015 |
| 26 | | |

27

28

                                    1

~~STIPULATION TO~~ CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

IT IS HEREBY STIPULATED by and between the Defendants Cheese Steak Shop, Inc. and MMI Properties, LLC and Plaintiff Shelby Gail Heifetz that the date for the Initial Case Management Conference currently scheduled for April 21, 2016 at 11:00 a.m. be continued until Thursday April 28, 2016 at 11:00 a.m., or to such other date as the court shall order.

Pursuant to the Court's Order of January 11, 2016, an Initial Case Management Conference in this case has been scheduled for April 21, 2016 at 11:00 a.m. At that date and time, Counsel for Defendant The Cheese Steak Shop, Inc., Alan S. Garber, will be traveling back to California from a trip to Connecticut to see his elderly, ailing mother. Mr. Garber has a non-refundable airplane ticket on that date, traveling between New York City and San Francisco.

To accommodate Mr. Garber's schedule the parties request that the date for the initial Case Management Conference be continued for one week, until Thursday, April 28, 2016 at 11:00 a.m., or to such other date and time as the court shall decide.

Dated: March 8, 2016                                   /s/ Alan S. Garber
                                                       Alan S. Garber, Attorney for
                                                       Defendant The Cheese Steak Shop, Inc.

Dated: March 8, 2016                                   /s/ Horace W. Green
                                                       Horace W. Green, Attorney for
                                                       Defendant MMI Properties, LLC

Dated: March 8, 2016                                   /s/ Irene Karbelashvili
                                                       Irene Karbelashvili, Attorney for
                                                       Plaintiff Shelby Gail Heifetz

FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on March 8, 2016, I, Alan S. Garber, received the concurrence of Counsel for Co-Defendant and Plaintiff in the filing of this document.

By:  /s/ Alan S. Garber
     Alan S. Garber

1
2
## [~~PROPOSED~~] ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:**

That the Initial Case Management Conference be continued to **Thursday, April 28, 2016 at 11:00 a.m.** before the Honorable William Alsup. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

Counsel shall report to Courtroom 8 on the 9th floor, Philip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102

Dated: March 9, 2016



_____
William Alsop, United States District Judge
Alsup

3
~~STIPULATION~~ TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

# PROOF OF SERVICE

I declare that I am employed in the County of Alameda, State of California, I am over the age of eighteen years at the time of service and not a party to the within cause. My employment address 1999 Harrison Street, Suite 1350, Oakland, California 94612.

On March 8, 2016, I served copies of the attached document(s) entitled:

**DEFENDANT CHEESE STEAK SHOP INC'S**

on the interested parties in this action, by placing a true and correct copy thereof enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| LAW OFFICE OF IRENE KARBELASHVILI | HORACE W. GREEN |
| 12 South First Street, Suite 413 | BUCHMAN PROVINE BROTHERS SMITH |
| San Jose, CA 95113 | 2033 North Main Street, Suite 720 |
| | Walnut Creek, CA 94956 |

__X__   **BY U.S. MAIL.**   I caused such envelope to be placed for deposit in the U.S. Postal Service in a sealed envelope, by first-class mail, postage prepaid, addressed to the above, and that envelope was placed for collection and mailing on that date following ordinary business practices.

____   **BY FEDERAL EXPRESS.** I caused such envelope to be deposited in a Federal Express Depository at Oakland, California.

____   **BY PERSONAL SERVICE.**   I caused such envelope to be delivered by hand to the offices of the addressee(s).

____   **BY FACSIMILE SERVICE.**   I caused such document(s) to be transmitted via facsimile to the offices of the addressee(s).

____   **STATE.**   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

____   **FEDERAL.**   I declare I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 8, 2002, at Oakland, California

_____
Alan S. Garber

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE